UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HARVETTE CULVER-TAYLOR,

    Plaintiff,

v.                                      Case No. 5:17cv289/MCR/MJF

EVAN FOSTER d/b/a GAZEBO
COFFEE SHOPPE AND DELI,

    Defendant.
                                          /

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation dated February 22, 2019. *See* ECF No. 47. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having conducted the required *de novo* review of Plaintiff's objections, the Court finds that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.[1] Therefore, the Court finds that the Report and Recommendation is due to be adopted.

---

[1] As to Count One, in particular, the Court observes that the Eleventh Circuit has held that a cook in a small, locally-owned restaurant was not engaged in commerce for purposes of individual coverage under the FLSA, even if he handled food and tools that may have traveled in interstate commerce. *See Martinez v. Palace*, 414 Fed. App'x 243, 246 n.5 (11th Cir. 2011); *see also Johnson v. Faraj*, No. 3:17cv528/MCR/GRJ, 2019 WL 1025151, at *5-7 (N.D. Fla. Jan. 16,

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 47, is **ADOPTED** and incorporated by reference in this Order.

2. Defendant's Motion for Summary Judgment, ECF No. 38, is **GRANTED**.

3. The Clerk is directed to enter final summary judgment in favor of Defendant, and against Plaintiff, who shall take nothing.

4. The Clerk is further directed to close the file for all purposes.

**DONE** and **ORDERED** this 30th day of March, 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

2019) (preparing food, taking telephone orders, processing credit cards, and making local deliveries for a restaurant do not constitute engagement in interstate commerce).